COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-14-00809-CR

Style:  Rodys A. Sanchez v. The State of Texas

Date motion filed[*]:  March 17, 2015

Type of motion:  Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:  Appellant

Document to be filed:  Appellant's Brief

Is appeal accelerated?  No

If motion to extend time:

　　Original due date:  December 29, 2014

　　Number of extensions granted:  1  Current Due Date:  February 27, 2015

　　Date Requested:  April 21, 2015

Ordered that motion is:

☑ Granted

　　If document is to be filed, document due:  April 21, 2015

　　☑  No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

On January 16, 2015, the Clerk of this Court granted appellant's first extension, but no warnings were given to counsel regarding further extension requests as his brief deadline was retroactively extended only for 60 days.  Thus, because this is just appellant's second extension and his counsel has not been warned previously, it is granted, but counsel is warned that no further extensions will be granted given the length of time requested.  Accordingly, if appellant's brief is not filed by April 21, 2015, the Court may abate this appeal for a hearing.  *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
　　　　　　☒ Acting individually　　☐ Acting for the Court

Date:  April 2, 2015

November 7, 2008 Revision